ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
J. DAVID SACKMAN (SBN 106703)
Email: jds@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), Members of
Email: marshah@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone:  (213) 386-3860, Facsimile:  (2l3) 386-5583

Attorneys for Plaintiff Construction Laborers Trust
Funds for Southern California Administrative Co.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TRI-COUNTY SANDBLASTING, INC., a California Corporation; PAVEL OSOKIN, an individual,<br><br>Defendants. | Case No 8:20cv01479-JVS-ADS<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br>**[Fed. R. Civ. P. 56]**<br><br>Date:  February 28, 2022<br>Time:  1:30 pm<br>Place:  Courtroom 10C<br><br>Via Zoom Per Court Orders<br><br>[**Hon. James V. Selna**] |

NOTICE is hereby given that Plaintiff's MOTION FOR SUMMARY JUDGMENT will be heard at the above date and time, in Courtroom 1 of the Eastern Division Court.  Pursuant to General Orders and the Court's Continuity of Operations Plan ("COOP"), any hearing will be via Zoom.  Pursuant to the Standing Order of Judge Selna, no hearing will be held unless ordered by the Court.

-1-

439545v1

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company hereby moves for summary judgment, pursuant to Fed. R. Civ. P. 56, on all claims against Defendants Tri-County Sandblasting, Inc., and Pavel Osokin. Alternatively, if the court does not grant all the relief requested by this Motion, Plaintiff asks that it enter an Order pursuant to Fed. R. Civ. P. 56(g) stating any material fact — including all items of damages that is not genuinely in dispute and treating the fact as established in the case, and that any remaining factual issues be referred to a Master for resolution, pursuant to Fed. R. Civ. P. 53.

This motion is based upon this Notice and Motion, the accompanying Proposed Judgment, Proposed Statement of Undisputed Facts, Memorandum of Points and Authorities, the Declarations of Victor Gurule, George Figueroa, Richard Watanabe, Julio Morel, Thanh Van Hoang and J. David Sackman, all of the pleadings, orders and papers in this case, and such further evidence and argument as may be presented by the hearing on this matter.

Counsel for the parties met and conferred regarding this Motion, pursuant to Local Rule 7-3, on January 21, 2022.

Respectfully submitted,

DATED: January 28, 2022

J. DAVID SACKMAN
REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/ J. David Sackman
J. DAVID SACKMAN
Attorneys for Plaintiff

439545v1

-2-