UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRI-COUNTY SANDBLASTING, INC., a California Corporation; PAVEL OSOKIN, an individual,<br><br>　　　　　　Defendants. | Case No 8:20cv01479-JVS-ADS<br>Assigned to Hon. James V. Selna<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT [26]**<br>[Fed. R. Civ. P. 56 and 53]<br><br>Date:　March 28, 2022<br>Time:　1:30 pm<br>Crtrm:　No Hearing |

　　　Plaintiff having filed and served its Motion for Summary Judgment (as Docket No. 26), and the Parties having submitted their STIPULATION REGARDING SUMMARY JUDGMENT MOTION, the Court hereby GRANTS the STIPULATION, and Orders as follows:

　　　/ / /

-1-

444308v2

IT IS HEREBY ORDERED THAT:

1. Pursuant to the STIPULATION of the parties and Fed. R. Civ. P. 56(g), those facts stated to be Undisputed in the Statement of Uncontroverted Facts attached to the STIPULATION and also attached here, which are incorporated herein as the Findings of the Court, shall be treated as facts established in the case and shall be binding in all further proceedings in this Court.

2. The Second Claim for Relief is dismissed, without prejudice, as moot.

3. All facts which remain disputed as indicated in the Statement of Uncontroverted Facts, in particular the amount of damages on the First Claim for Relief, and both liability and damages on the Third Claim for Relief, and all defenses, shall be referred to a Master, pursuant to Fed. R. Civ. P. 53 and L.R. 53-1.

4. Within thirty (30) days of the date of this Order, counsel for the parties shall jointly submit a Stipulation and Proposed Order designating the Master to be appointed and the terms of the appointment pursuant to Fed. R. Civ. P. 53(b)(2), and for compensation under Fed. R. Civ. P. 53(g). Accompanying the Stipulation and Proposed Order shall be a Statement from the Proposed Master, disclosing whether there is any ground for disqualification under 28 U.S.C. §455. If the Parties are unable to stipulate to a Master, or to any of the terms of the appointment, they shall instead submit a Statement suggesting candidates for appointment and/or the disputed terms of appointment, within thirty (30) days of this Order. The Court shall then issue an Order appointing a Master under Fed. R. Civ. P. 53(b).

5. Upon issuing an Order Appointing a Master, the trial and all pre-trial dates shall be vacated.

6. Whether issued by Stipulation or Court Order, the Order Appointing a Master shall set a deadline for the Master to issue a Report under Fed. R. Civ. P. 53(e). The Master shall be bound by the attached Statement of Uncontroverted Facts.

444308v2

Any Objections or other actions as to the Master's Report shall be in accordance with Fed. R. Civ. P. 53(f).

      7.     The Hearing on the Motion for Summary Judgment – March 28, 2022 – is VACATED. No opposition or reply papers need to be filed, the Motion having been fully adjudicated by this Order.

      IT IS SO ORDERED:

DATED: March 02, 2022

                             _____
                               Hon. JAMES V. SELNA
                               United States District Judge

444308v2