JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRI-COUNTY SANDBLASTING, INC., a California Corporation; PAVEL OSOKIN, an individual,<br><br>        Defendants. | Case No 8:20cv01479-JVS-ADS<br>Assigned to Hon. James V. Selna<br><br>**JUDGMENT BY STIPULATION**<br><br>No Hearing Date |

Pursuant to the Settlement between the parties, and the Stipulation for Entry of Judgment filed, the Court approves the Stipulation, and enters JUDGMENT as follows:

JUDGMENT is therefore entered, as follows:

1.     [JUDGMENT ON FIRST CLAIM]  Judgment is entered on the First Claim for delinquent contributions to employee benefit plans, under 29 U.S.C. §§ 185(a), 1132(g)(2) and 1145, in FAVOR of Plaintiff Construction Laborers Trust

-1-

443081v1

Funds for Southern California Administrative Company ("TRUST FUNDS"), and AGAINST Defendant Tri-County Sandblasting, Inc. ("EMPLOYER"), arising in the period through June 30, 2022, in the Default Sum amount of $200,000.00 ("Default Sum"), which may be satisfied by payment of the "Settlement Amount" of $50,000.00, payable in installments as described below.

2. [SECOND CLAIM DISMISSAL] The Second Claim is dismissed as moot, without prejudice.

3. [THIRD CLAIM DISMISSAL] The Third Claim is dismissed, without prejudice, and Defendant Pavel Osokin is dismissed from all claims, without prejudice, subject to the Tolling Agreement described below.

4. [MONTHLY INSTALLMENTS] The Settlement Amount may be paid in monthly installments, over a period of three years, with interest on the declining balance at the plan rate of 8.25% per annum.  Interest shall accrue from October 31, 2022, with the first payment shall be due no later than December 15, 2022, and each subsequent payment shall be due on the 15th of each month thereafter, until paid.  There shall be no penalty for pre-payment, and interest shall be adjusted accordingly.

5. [DEFAULT]  In the event any monthly installment is not paid on time, the TRUST FUNDS will give written notice in the manner described in the Settlement Agreement, and the EMPLOYER shall have ten (10) calendar days from the date of such notice to cure its default.  Notice shall be effective, and the ten (10) calendar days to cure shall commence on the date of mailing, email or other transmittal as specified in the Settlement Agreement.  If more than two (2) written notices are required in a twelve (12) month period, EMPLOYER will be required to pay a total of an additional Five Hundred Dollars and No Cents ($500.00) for the TRUST FUNDS'

443081v1

attorneys' fees and costs for the written notices in order to maintain the payment plan, which may be added to this Judgment by appropriate proceedings. Where the giving of the notice called for in this paragraph would, in and of itself, be illegal, such notice is waived. "Default" shall be considered to have occurred on the day after the 10-day notice, if the required payment has not been made. Regardless of whether Default is cured, interest shall be calculated from the date(s) of actual payment.

6. [JUDGMENT AFTER DEFAULT] Upon Default in payments, as described above, the entire amount of the Default Sum of $200,000.00, less payments credits, plus interest at the plan rate of 8.25% on the Settlement Amount, from October 31, 2022 to the date of Default, shall become due. Counsel for the Trust Funds shall file and serve a Notice, accompanied by a declaration establishing the Default, and an accounting of payments, credits and interest. No further action shall be required by the Court. Upon Default, and the filing and serving of this Notice, any stay of enforcement shall immediately terminate. However, if the act of giving such Notice may, in itself, be construed as a violation of law, then such Notice is waived, and the Default Sum (with credits and interest as described above) shall remain the amount of the Judgment

7. [SATISFACTION OF JUDGMENT] No later than fifteen (15) days before the last payment by installments is due, the TRUST FUNDS shall send the EMPLOYER an accounting of the amount necessary to pay the balance of the Settlement Amount due, accounting for all payments, credits and interest to the date of the next payment due date. Upon receipt and successful negotiation of such final payment, the TRUST FUNDS shall promptly file an Acknowledgment of Satisfaction in Full with the Court, and also file or record such Acknowledgment of Satisfaction in Full, needed to release any liens which have been filed based on the Judgment.

443081v1

8.      [TOLLING AGREEMENT] The dismissal of the Third Claim for Relief shall be without prejudice, and shall not be considered towards an adjudication on the merits under Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.  All parties reserve their claims and defenses as to the Third Claim, and nothing herein shall be construed as a waiver or release of such claims and defenses.  Any claims stated in the Third Claim for Relief are hereby tolled, as of the date this action was filed – August 10, 2020.  This Tolling Agreement may be terminated, and the Third Claim for Relief may be re-asserted in an appropriate forum, only after 30 days' written notice, as provided in the Stipulation for Judgment.  However, if the act of giving such notice may, in itself, be construed as a violation of law, then such notice is waived.  Upon completion of the payments described above, and after the expiration of an additional ninety (90) days, the Tolling Agreement shall be considered void as moot, and any exceptions to the Releases described in the Settlement Agreement as to any claims which were, or could have been made, in the Third Claim for Relief, shall be void as well.  The filing of the Acknowledgment of Satisfaction of Judgment described above shall operate as full release of all such claims, and a bar to any action upon them.

9.      [STAY OF ENFORCEMENT]  During the period of monthly payments, absent Default, there shall be a stay of enforcement of the Stipulated Judgment, except that the Trust Funds may file liens, including a Judgment Lien with the California Secretary of State, for the Settlement Amount.  Upon Default, any stay is lifted, and the TRUST FUNDS may amend any liens filed to the full Default Sum (with credits and interest as described above).

/ / /

/ / /

443081v1

10. Except as stated expressly herein, each party is to bear their own fees and costs. In light of the dismissals of the other Claims for Relief, and the Court having determined that there is no just reason for delay under Fed. R. Civ. P. 54(b), this constitutes final entry of judgment.

IT IS SO ORDERED:

DATED: October 31, 2022

_____
Hon. JAMES V. SELNA
United States District Judge

443081v1